IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE ANTONIO MILLER, : | |
|     Petitioner, : | |
| : | 1:15-cv-1430 |
| v. : | |
| : | Hon. John E. Jones III |
| SUPERINTENDENT LUTHER, PA : | |
| ATTORNEY GENERAL, : | |
|     Respondents. : | |

## **ORDER**

**August 18, 2016**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c ).

3. The Clerk of Court is directed to CLOSE this case.

                                                      s/ John E. Jones III
                                                      John E. Jones III
                                                      United States District Judge